FILED

01/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0712

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 23-0712**

PARROT DITCH CO.,

      Appellant and Claimant/Objector,

  v.

NORMAN ASHCRAFT JR.; COURTNAY O. DUCHIN;
CHARLES M. MILLER; PATTY A. MILLER

      Appellees and Objectors,

RAFANELLI PARTNERS LLLP,

      Notice of Intent to Appear.

On Appeal from the Montana Water Court, Case 41G-256-R-2019
Associate Water Judge Stephen R. Brown, Presiding

**ORDER GRANTING LEAVE TO FILE**
**AMICUS CURIAE BRIEF**

Pursuant to Rule 12(7) of the Montana Rules of Appellate Procedure, the

City of Three Forks is granted leave to file an *amicus curiae* brief no later than the

date on which appellant's opening brief is due.

ORDERED this ___ day of _____ 2024.

1

**CERTIFICATE OF SERVICE**

Susan B. Swimley
Attorney & Counselor at Law
1807 W. Dickerson, Suite B
Bozeman, MT 59715
(406) 586-5544

Bina R. Peters
Dana Elias Pepper
River and Range Law, PLLC
PO Box 477
Bozeman, MT 59771
(406) 451-3418
dana@riverandrangelaw.com
bina@riverandrangelaw.com
office@riverandrangelaw.com

Abigail R. Brown
Ross P. Keogh
Leah Trahan
PARSONS BEHLE & LATIMER
127 E. Main Street, Suite 301
Missoula, MT 59802
(406) 317-7220
AbbyBrown@parsonsbehle.com
RKeogh@parsonsbehle.com
LTrahan@parsonsbehle.com

William Fanning
Fanning Law PLLC
30 N. Wilson Ave., Ste 3007
Bozeman, MT 59715
william@fanninglawpllc.com
becki@fanninglawpllc.com
accounts@fanninglawpllc.com

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2024